**Todd M. Friedman, Esq. (216752)**
**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
**369 S. DOHENY DR. #415**
**BEVERLY HILLS, CA 90211**
**877 206-4741**
**866 633-0228 facsimile**
**tfriedman@AttorneysForConsumers.com**
**Attorney for Plaintiff**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RYAN REYNOLDS** | ) Case No. C09-03083 CW |
| | ) |
| Plaintiff, | ) **NOTICE OF DISMISSAL WITH** |
| | ) **PREJUDICE** |
| vs. | ) |
| | ) |
| **RECEIVABLES PERFORMANCE** | ) |
| **MANAGEMENT, LLC** | ) |
| | ) |
| Defendant. | ) |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the Southern District Court of California, Plaintiff's Notice of Dismissal of Case With Prejudice, a copy of which is herewith served upon Defendant.

**RESPECTFULLY SUBMITTED** this 7th day of August, 2009.

                By:**s/Todd M. Friedman**
                  **Todd M. Friedman**
                  **LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
                  **369 S. DOHENY DR. #415**
                  **BEVERLY HILLS, CA 90211**
                  **tfriedman@AttorneysForConsumers.com**
                  **Attorney for Plaintiff**

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | Filed electronically on this 7th day of August, 2009, with: |
| 4 | United States District Court CM/ECF system |
| 5 | |
| 6 | By: s/Todd M. Friedman |
| |      Todd M. Friedman |